# UNITED STATES BANKRUPTCY COURT FOR THE
## WESTERN DISTRICT OF VIRGINIA
### Lynchburg Division

In Re:       TAMARA DALE IRBY                                     Case No. 09-60985

WILLIAM F. SCHNEIDER, CHAPTER 7 TRUSTEE
FOR TAMARA DALE IRBY,
                              Plaintiff,
                                                                  Chapter 7
v.

JOJI ROMAL CIOCON IRBY
1112 Craigmont Drive
Lynchburg, Virginia 24501

and

JODILEE SHAYNE IRBY, a minor
c/o Joji Romal Ciocon Irby
1112 Craigmont Drive
Lynchburg, Virginia 24501

                              Defendants,

## ANSWER

COMES NOW, Seth E. Twery, Esq. Guardian ad litem for Jodilee Shayne Irby, and answers the Trustee's complaint as follows:

1.      Guardian ad litem is without independent information to admit or deny the allegations of the Complaint.

2.      Provided that the allegations are true and correct, it is the opinion of the Guardian ad litem that it would be in the best interest of Jodilee Shayne Irby to have the real estate in question sold as proposed by the Trustee.

WHEREFORE, the Guardian ad litem respectfully requests this Court to enter the Consent Order to be submitted by the Trustee.

        /s/ *Seth E. Twery*
        Seth E. Twery, Esq., Guardian
        ad litem for Jodilee Shayne Irby

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Answer was mailed this ___ day of July, 2012 to the following:

William F. Schneider (VSB #32293)
BELL & SCHNEIDER, PLC
P.O. Box 739
Lynchburg, Virginia 24505
Counsel for Trustee

and

Joji Romal Ciocon Irby
1112 Craigmont Drive
Lynchburg, Virginia 24501

        _____
        Of Counsel